IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL RIVERS, ET AL. : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | NO. 17-1314 |
| v. : | |
| : | |
| FIRST CLASS AUTO LAND & SALE, : | |
| INC., ET AL. : | |
| : | |
| Defendants. : | |

FILED
MAR 23 2018

## ORDER

This __23rd__ day of __MARCH__, 2018, upon consideration of Plaintiffs' Motion and Memorandum to Amend Complaint and upon Defendant's Reply and Brief in Opposition thereto, it is hereby ORDERED that Plaintiffs' Motion is DENIED.

_____ J.